UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAY BRONNER,

        Plaintiff,

v.

SAN FRANCISCO SUPERIOR COURT et al,

        Defendant.

        Case Number: CV09-05001 SI

        **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 9, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Diane Kiesnowski**
4039 - 19th Avenue
San Francisco, CA 94132
415-577-9083

Patrick Helland
4039 - 19th Avenue
San Francisco, CA 94132

Ray Bronner
August F. Bronner Center
P.O. Box 3494
Oakland, CA 94609

Thomas A. Blake

Dated: March 9, 2010

        Richard W. Wieking, Clerk
        By: Tracy Forakis, Deputy Clerk