IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAY BRONNER,

        Plaintiff,

  v.

SAN FRANCISCO SUPERIOR COURT, *et al.*,

        Defendants.
                                        /

No. C 09-5001 SI

**ORDER GRANTING PLAINTIFF'S REQUEST TO DISMISS CLAIMS AGAINST PRIVATE PARTY DEFENDANTS WITHOUT PREJUDICE; GRANTING PLAINTIFF'S REQUEST TO FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

On March 9, 2010, plaintiff filed an "Ex Parte Application/Notice and Motion to Dismiss Suit Against Private Parties Without Prejudice and Remand to State Court; To Change Time for Filing FAC." (Docket No. 71). Plaintiff wishes to dismiss his claims against the private party defendants without prejudice. Plaintiff also requests an extension of time to file an amended complaint.

The Court GRANTS plaintiff's request to dismiss his claims against the private party defendants without prejudice. This results in dismissal without prejudice of defendant Patrick Helland, Richard Kaihara, Diane Kiesnowski, Charles Michael Collins, Jeff Lance, Hayman Brothers, Jim Sancious and Mari Owenz. Because plaintiff originally filed this case in this court, the Court cannot remand those claims to state court. If plaintiff wishes to pursue claims against the private party defendants in state court, he must file a separate action in state court.

The Court GRANTS plaintiff's request for an extension of time to file an amended complaint against the remaining defendant in this action, the City and County of San Francisco. The amended complaint must be filed by **April 19, 2010**.

**IT IS SO ORDERED.**

Dated: March 12, 2010

                                                    SUSAN ILLSTON
                                                    United States District Judge