IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAY BRONNER,                                No. C 09-5001 SI

        Plaintiff,                    **JUDGMENT**

  v.

SAN FRANCISCO SUPERIOR COURT, *et al.*,

        Defendants.

_____/

Defendant' motions to dismiss have been granted. Defendant CCSF is dismissed with prejudice. Defendants Collins, Helland and Kiesnowski are dismissed without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 1, 2010

SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California