IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAY BRONNER,                                             No. C 09-5001 SI

        Plaintiff,                                      **JUDGMENT**

  v.

SAN FRANCISCO SUPERIOR COURT, *et al.*,

        Defendants.
_____/

    Defendant' motions to dismiss have been granted. Defendant CCSF is dismissed with prejudice. Defendants Collins, Helland and Kiesnowski are dismissed without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 1, 2010

                                                SUSAN ILLSTON
                                                United States District Judge